10/28/2010   aw

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

```
--------------------------------------------------
                                                  :
In re:                                            :        Case No. 05-33418 ASD
LOCONTE, DAVID A.                                 :
LOCONTE, DEBORAH A.                               :        (CHAPTER 7)
                                                  :
                                                  :
                                                  :
               Debtor(s).                         :
--------------------------------------------------:
```

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____        The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__x__          More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:   October 24, 2010          _____

                                   RONALD I. CHORCHES, Trustee
                                   449 SILAS DEANE HIGHWAY
                                   WETHERSFIELD, CT 06109
                                   (860) 563-3955

## EXHIBIT A

Case Name:    LOCONTE, DAVID A.
Case Number:  05-33418

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| AT & T Universal Card<br>P.O. Box 8217<br>South Hackensack, NJ 07606-8217 | #12 | $ | | $ 5,505.00 |
| AT & T Universal Card<br>P.O. Box 8217<br>South Hackensack, NJ 07606-8217 | #12<br>Interest<br>on Claim | | | 899.52 |
| Capital One<br>PO Box 85617<br>Richmond, VA 23285-5167 | #13 | | | 384.34 |
| Capital One<br>PO Box 85617<br>Richmond, VA 23285-5167 | #13<br>Interest<br>on Claim | | | 66.42 |
| Capital One<br>PO Box 85617<br>Richmond, VA 23285-5167 | #14 | | | 1,634.00 |
| Capital One<br>PO Box 85617<br>Richmond, VA 23285-5167 | #14<br>Interest<br>on Claim | | | 282.38 |
| Capital One<br>PO Box 85617<br>Richmond, VA 23285-5167 | #15 | | | 1,143.00 |
| Capital One<br>PO Box 85617<br>Richmond, VA 23285-5167 | Interest<br>on Claim<br>#15 | | | 197.53 |
| Service Merchandise<br>WFNNB<br>PO Box 659569<br>San Antonio, TX 78265-9569 | #17 | | | 181.00 |
| Service Merchandise<br>WFNNB<br>PO Box 659569<br>San Antonio, TX 78265-9569 | #17<br>Interest<br>on Claim | | | 31.28 |

TOTAL AMOUNT REMITTED TO CLERK:                          $        0.00   $     10,024.47